UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALVAREZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>M.E. SPEARMAN, Warden,<br><br>　　　　　Respondent. | No. 2:17-cv-0853 JAM AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with an appeal pending in the Ninth Circuit Court of Appeals, following this court's denial of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner recently filed in this court a motion to proceed in forma pauperis and a request for status. These matters will be forwarded to the appropriate court.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall:

1. Forward to the Ninth Circuit Court of Appeals petitioner's recent filings in this court (ECF Nos. 25 & 26), for the purpose of docketing and the appellate court's consideration in USCA Case No. 18-1551; and

2. Serve petitioner with a copy of this order.

IT IS SO ORDERED.

DATED: May 22, 2018

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE